**STATE of Missouri, Respondent,**

v.

**Glenda POWELL, Appellant.**

**No. ED 79073.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 9, 2002.

William Ruby, House Springs, MO, for Appellant.

Lora E. Cooper, Assistant Prosecuting Attorney, Cape Girardeau County, Jackson, MO, for Respondent.

Before JAMES R. DOWD, C.J., GARY M. GAERTNER, SR., J., and CLIFFORD H. AHRENS, J.

### ORDER

PER CURIAM.

Appellant, Glenda Powell ("defendant"), appeals the judgment of the Circuit Court of Cape Girardeau County following a jury trial finding her guilty of operating a motor vehicle while intoxicated, section 577.010, RSMo 2000,[1] and speeding, section 304.010 RSMo. Defendant was sentenced to 26 days in jail to be served on weekends for operating a motor vehicle while intoxicated. Defendant was also fined $5.00 plus court costs for speeding. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurispru-

---

1. All statutory references are to RSMo 2000, unless otherwise stated.

dential purpose, we affirm the judgment pursuant to Rule 30.25(b). We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.